

Before NEWMAN, LINN, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

Gene S. GROVES, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 06–7058.

United States Court of Appeals, Federal Circuit.

June 14, 2006.

Before NEWMAN, RADER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

Gene S. GROVES, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 06–7048.

United States Court of Appeals, Federal Circuit.

June 14, 2006.

Before NEWMAN, RADER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-